COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 2-05-022-CR
 
  
BRIAN 
SCOTT FARNHAM                                                       APPELLANT
  
V.
  
THE STATE OF 
TEXAS                                                                  STATE
   
----------
FROM 
COUNTY CRIMINAL COURT NO. 4 OF DENTON COUNTY
----------
MEMORANDUM OPINION[1] AND JUDGMENT
----------
        We 
have considered appellant’s “Motion To Withdraw Notice Of Appeal And For 
Dismissal Of Appeal.”  The motion complies with rule 42.2(a) of the rules 
of appellate procedure.  Tex. R. 
App. P. 42.2(a).  No decision 
of this court having been delivered before we received this motion, we grant the 
motion and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).
  
   
                                                                  PER 
CURIAM
 
 
 
PANEL 
D:   DAUPHINOT, HOLMAN, and GARDNER, JJ.
 
DO 
NOT PUBLISH
Tex. R. App. P. 47.2(b)
 
DELIVERED: 
September 8, 2005


NOTES
1.  
See Tex. R. App. P. 47.4.